Kevin J. Kieffer (Nevada Bar No. 7045)
TROUTMAN SANDERS LLP
kevin.kieffer@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739
kevin.kieffer@troutmansanders.com

Craig R. Delk (Nevada Bar No. 2295)
CRD@thorndal.com
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile: (702) 366-0327
CRD@thorndal.com

*Attorneys for Plaintiff/Counter-Defendant*
*Houston Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas Corporation,<br><br>Plaintiff,<br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. 2:12-cv-01321-RCJ-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| AND RELATED COUNTERCLAIM | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a settlement of this matter reached between the parties, Plaintiff/Counter-Defendant Houston Casualty Company ("Houston Casualty") and Defendant/Counter-Claimant Illinois Union

20331384v1

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL

Insurance Company ("Illinois Union"), through their respective undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order dismissing this action in its entirety, including both Houston Casualty's Complaint and Illinois Union's Counterclaim, with prejudice, each party to bear its own fees and costs.

DATED: August 9, 2013   Respectfully submitted,

**TROUTMAN SANDERS LLP**

BY: /s/ Kevin J. Kieffer
Kevin J. Kieffer (Nevada Bar No. 7045)
TROUTMAN SANDERS, LLP
5 Park Plaza, Suite 1400
Irvine, California 92614-2545
Telephone: (949) 622.2700
Facsimile: (949) 622.2739
kevin.kieffer@troutmansanders.com

*Attorneys for Plaintiff/Counter-Defendant Houston Casualty Company*

DATED: August 9, 2013   **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

BY: /s/ Craig R. Delk
Craig R. Delk (Nevada Bar No. 2295)
THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER
1100 E. Brider Avenue
Las Vegas, Nevada 89101
Telephone: (702) 366-0622
Facsimile: (702) 366-0327
CRD@thorndal.com

*Attorneys for Plaintiff/Counter-Defendant Houston Casualty Company*

DATED:  August 9, 2013     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

BY:  /s/ Kristin Meredith
Kristin Meredith (Nevada Bar No. 11655)
LEWIS BRISBOIS BISGAARD
& SMITH LLP
6385 South Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Telephone:  (702) 693-1711
Facsimile:  (702) 366-9563
meredith@lbbslaw.com

*Attorneys for Defendant/Counter-Claimant Illinois Union Insurance Company*

DATED:  August 9, 2013     **BROWN LAW LLP**

BY:  /s/ Jessica C. Tyndall
Jessica C. Tyndall (Pro Hac Vice)
BROWN LAW LLP
4130 Parklake Avenue, Suite 130
Raleigh, North Carolina 27612
Telephone:  (919) 719-0856
Facsimile:  (919) 719-0858
jessica@brownlawllp.com

*Attorneys for Defendant/Counter-Claimant Illinois Union Insurance Company*

**[PROPOSED] ORDER**

In consideration of the Parties' Stipulation and Request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for good cause shown, this action, including all counterclaims, is hereby DISMISSED in its entirety WITH PREJUDICE, each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED: August 28, 2013

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013 I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** postage prepaid (if U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

/s/ Nancy G. Commerdinger
Nancy G. Commerdinger
An employee of Troutman Sanders LLP